IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ASHLEY BASS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:20-cv-00203 |
| BENTON BASS, | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE HOLMES |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 38), which was filed on December 6, 2021. Through the Report and Recommendation, the Magistrate Judge recommends that Defendant's motion to dismiss for lack of jurisdiction, or in the alternative, motion for judgment on the pleadings (Doc. No. 27) be granted, and that the Complaint be dismissed without prejudice for lack of subject-matter and personal jurisdiction under Rule 12(b)(1), (2), or alternatively, be dismissed with prejudice under Rule 12(c). Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendant's motion to dismiss (Doc. No. 27) is **GRANTED**, and the Complaint is **DISMISSED** without prejudice for lack of subject-matter and personal jurisdiction under Rule 12(b)(1), (2).

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE